July 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ZYAREAYA Z. MILLER, Appellant

NO. 14-12-00098-CV                    V.

JOSHUA OYENIYI, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 23, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Zyareaya Z. Miller, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.